Form corfstmtg

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **20−51665−mlo**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   DeShanda Dodd
   9686 Falmouth Drive
   Ypsilanti, MI 48197

Social Security No.:
   xxx−xx−9949

Employer's Tax I.D. No.:

### NOTICE OF CORRECTION OF NOTICE OF MEETING OF CREDITORS

To the Creditors of the above named Debtor(s):

There was an error in the Notice of Meeting of Creditors dated February 17, 2021 . **Notice of Correction of Notice of First Meeting of Creditors Re: Hearing Time. Correct Information is Correction of 341 Meeting Time 341(a) meeting to be held on 3/17/2021 at 12:00 PM at By Remotely – See Notice for Details. Confirmation hearing to be held on 4/12/2021 at 11:00 AM at Courtroom 1875. (jjm)**

Dated: 2/18/21

                                            BY THE COURT

                                            Todd M. Stickle , Clerk of Court
                                            UNITED STATES BANKRUPTCY COURT